IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN PATENT DEVELOPMENT CORPORATION, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 07-605-JJF |
| MOVIELINK, LLC, | ) ) ) | |
| Defendant. | ) ) | |

### STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, subject to order of the Court, by and between counsel for the undersigned parties, that Defendant Movielink, LLC's time to move, answer, or otherwise respond to the Complaint is hereby extended through and including November 20, 2007.

/s/ Thad J. Bracegirdle
Thad J. Bracegirdle (#3691)
tbracegirdle@reedsmith.com
Reed Smith LLP
1201 Market Street
Wilmington, Delaware  19801
302-778-7500

Mark W. Wasserman
Matthew R. Sheldon
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, Virginia  22042
*Attorneys for Plaintiff*
*American Patent Development*
*Corporation, LLC*

Dated:  October 22, 2007

/s/ Jeffrey L. Moyer
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, Delaware  19899
302-651-7700
*Attorneys for Defendant*
*Movielink, LLC*

OF COUNSEL:

Scott W. Breedlove
Vinson & Elkins LLP
Trammel Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas  75201-2975

Dated:  October 22, 2007

SO ORDERED this _____ day of _____, 2007.

_____
Honorable Joseph J. Farnan, Jr.

RLF1-3215138-1