IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,** ) ) ) ) Plaintiff, ) ) v. ) ) **MOVIELINK, LLC,** ) ) Defendant. ) ) | Civil Action No. 07-605-JJF |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MARK W. WASSERMAN

Pursuant to Local Rule 83.5 of the District of Delaware and the attached Certification, the undersigned counsel, a member of good standing of the Court, hereby moves the admission *pro hac vice* of Mark W. Wasserman, Esq. to represent Plaintiff American Patent Development Corporation LLC ("APDC") in the above-captioned matter. The Admittee is admitted, practicing, and in good standing before the state and U.S. District Court bars of the Commonwealth of Virginia, State of Maryland and the District of Columbia, as well as the United States Courts of Appeal for the Fourth and Federal Circuits.

-2-

Dated: October 26, 2007

          Respectfully submitted,

          REED SMITH LLP

By: *[signature]*
Thad J. Bracegirdle (Del. No. 3691)
1201 Market Street
Suite 1500
Wilmington, Delaware 19801
(302) 778-7500 (Telephone)
(302) 778-7575 (Fax)

E-mail: tbracegirdle@reedsmith.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOVIELINK, LLC,<br><br>Defendant. | Civil Action No. 07-605-JJF |

**CERTIFICATION FOR ADMISSION *PRO HAC VICE*
OF MARK W. WASSERMAN**

Pursuant to Local Rule 83.5 of the District of Delaware, I hereby certify that I am eligible for admission *pro hac vice* to this Court, am admitted to practice in good standing before the state and U.S. District Court bars of the Commonwealth of Virginia, State of Maryland and the District of Columbia, as well as the United States Courts of Appeal for the Fourth and the Federal Circuits. In addition, pursuant to Local Rule 83.6, I hereby submit myself to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I have acquired a copy of the Local Rules of this Court (amended effective June 30, 2007) and am generally familiar with those Rules. I further certify that:

(1) I do not reside in Delaware;

(2) I am not regularly employed in Delaware; and

(3) I am not regularly engaged in business, professional, or other similar activities in Delaware.

-2-

In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been submitted to the Clerk's Office with the filing of this motion.

Dated: October 23, 2007

                                              Respectfully submitted,

By: /s/ Mark W. Wasserman
Mark W. Wasserman, Esq.
REED SMITH LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, Virginia  22042
(703) 641-4200 (Telephone)
(703) 641-4340 (Fax)

E-mail: mwasserman@reedsmith.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**MOVIELINK, LLC,**<br><br>    Defendant. | Civil Action No. 07-605-JJF |

## PROPOSED ORDER

IT IS HEREBY ORDERED this ____ day of October, 2007, that counsel's Motion for Admission *Pro Hac Vice* of Mark W. Wasserman, Esq. is GRANTED.

IT IS SO ORDERED.

                                                    BY THE COURT:


Dated: October ___, 2007        _____
                                                    United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>MOVIELINK, LLC,<br><br>        Defendant. | Civil Action No. 07-605-JJF |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2007, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* of Mark W. Wasserman with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

    Jeffrey L. Moyer, Esq.
    Richards, Layton & Finger, P.A.
    One Rodney Square
    Wilmington, Delaware  19899

I further certify that on October 26, 2007, a copy of the foregoing document was mailed by United States Postal Service to the following non-registered participants:

    Scott W. Breedlove, Esq.
    Vinson & Elkins LLP
    Trammel Crow Center
    2001 Ross Avenue, Suite 3700
    Dallas, Texas  75201

                        REED SMITH LLP

                        By: /s/ Thad J. Bracegirdle
                        Thad J. Bracegirdle (Del. No. 3691)
                        1201 Market Street, Suite 1500
                        Wilmington, Delaware  19801
                        (302) 778-7500
                        E-mail: tbracegirdle@reedsmith.com