IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,**

Plaintiff,

v.

**MOVIELINK, LLC,**

Defendant.

Civil Action No. 07-605-JJF

**MOTION FOR ADMISSION *PRO HAC VICE* OF MATTHEW R. SHELDON**

Pursuant to Local Rule 83.5 of the District of Delaware and the attached Certification, the undersigned counsel, a member of good standing of the Court, hereby moves the admission *pro hac vice* of Matthew R. Sheldon, Esq. to represent Plaintiff American Patent Development Corporation LLC ("APDC") in the above-captioned matter. The Admittee is admitted, practicing, and in good standing before the state and U.S. District Court bars of the Commonwealth of Virginia.

Dated: October 26, 2007

Respectfully submitted,

REED SMITH LLP

By: [signature]

Thad J. Bracegirdle (Del. No. 3691)
1201 Market Street
Suite 1500
Wilmington, Delaware 19801
(302) 778-7500 (Telephone)
(302) 778-7575 (Fax)

E-mail: tbracegirdle@reedsmith.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,**

Plaintiff,

v.

**MOVIELINK, LLC,**

Defendant.

Civil Action No. 07-605-JJF

**CERTIFICATION FOR ADMISSION *PRO HAC VICE* OF MATTHEW R. SHELDON**

Pursuant to Local Rule 83.5 of the District of Delaware, I hereby certify that I am eligible for admission *pro hac vice* to this Court, am admitted to practice in good standing before the state and U.S. District Court bars of the Commonwealth of Virginia. In addition, pursuant to Local Rule 83.6, I hereby submit myself to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I have acquired a copy of the Local Rules of this Court (amended effective June 30, 2007) and am generally familiar with those Rules. I further certify that:

(1) I do not reside in Delaware;

(2) I am not regularly employed in Delaware; and

(3) I am not regularly engaged in business, professional, or other similar activities in Delaware.

In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been submitted to the Clerk's Office with the filing of this motion.

Dated: October 23, 2007

Respectfully submitted,

By:______________________________

Matthew R. Sheldon, Esq.
REED SMITH LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, Virginia 22042
(703) 641-4200 (Telephone)
(703) 641-4340 (Fax)

E-mail: msheldon@reedsmith.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,**

Plaintiff,

v.

**MOVIELINK, LLC,**

Defendant.

Civil Action No. 07-605-JJF

**PROPOSED ORDER**

IT IS HEREBY ORDERED this ____ day of October, 2007, that counsel's Motion for Admission *Pro Hac Vice* of Matthew R. Sheldon, Esq. is GRANTED.

IT IS SO ORDERED.

BY THE COURT:

Dated: October ___, 2007

______________________________
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,**

Plaintiff,

v.

**MOVIELINK, LLC,**

Defendant.

Civil Action No. 07-605-JJF

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2007, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* of Matthew R. Sheldon with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

Jeffrey L. Moyer, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, Delaware 19899

I further certify that on October 26, 2007, a copy of the foregoing document was mailed by United States Postal Service to the following non-registered participants:

Scott W. Breedlove, Esq.
Vinson & Elkins LLP
Trammel Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201

REED SMITH LLP

By: ______________________________
Thad J. Bracegirdle (Del. No. 3691)
1201 Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 778-7500
E-mail: tbracegirdle@reedsmith.com