IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN PATENT DEVELOPMENT CORPORATION, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MOVIELINK, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 07-605-JJF ) ) ) ) ) |

### STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, subject to order of the Court, by and between counsel for the undersigned parties, that Defendant Movielink, LLC's time to move, answer, or otherwise respond to the Complaint is hereby extended through and including December 5, 2007.

/s/ Thad J. Bracegirdle
Thad J. Bracegirdle (#3691)
tbracegirdle@reedsmith.com
Reed Smith LLP
1201 Market Street
Wilmington, Delaware 19801
302-778-7500
*Attorneys for Plaintiff*
*American Patent Development*
*Corporation, LLC*

Dated: November 20, 2007

/s/ Jeffrey L. Moyer
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, Delaware 19899
302-651-7700
*Attorneys for Defendant*
*Movielink, LLC*

Dated: November 20, 2007

IT IS SO ORDERED this _____ day of November, 2007.

_____
Honorable Joseph J. Farnan, Jr.

RLF1-3226271-1