IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>MOVIELINK, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-605-JJF<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT MOVIELINK, LLC'S RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Movielink, LLC ("Movielink") submits the following corporate disclosure statement:

Blockbuster Digital Inc. owns one-hundred percent of the membership interests in Movielink. Blockbuster Inc. owns one-hundred percent of the stock of Blockbuster Digital Inc. Other than the aforementioned companies, no publicly traded company owns ten percent or more of Movielink's membership interests.

OF COUNSEL:

Scott W. Breedlove
Vinson & Elkins LLP
Trammel Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
214-220-7700

/s/ Jeffrey L. Moyer (#3309)
moyer@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
302-651-7700
*Attorneys for Defendant Movielink, LLC*

Dated: December 5, 2007

RLF1-3229454-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND DELIVERY:**

Thad J. Bracegirdle
Reed Smith LLP
1201 Market Street
Wilmington, Delaware  19801

I hereby certify that on December 5, 2007, the foregoing document was sent to the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS:**

Mark W. Wasserman
Matthew R. Sheldon
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, Virginia  22042

/s/ Jeffrey L. Moyer
Jeffrey L. Moyer (#3309)

RLF1-3219055-1