IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,** | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07-605-JJF |
| v. | ) ) | |
| **MOVIELINK, LLC,** | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on December 21, 2007, copies of *Plaintiff's First Set of Interrogatories (Nos. 1-17)* and *Plaintiff's First Request for Production of Documents, Electronically Stored Information, and Things (Nos. 1-44)* were served by First Class U.S. Mail upon the following counsel of record:

    Jeffrey L. Moyer, Esq.
    Richards, Layton & Finger, P.A.
    One Rodney Square
    Wilmington, Delaware  19899

    Scott W. Breedlove, Esq.
    Vinson & Elkins LLP
    Trammel Crow Center
    2001 Ross Avenue, Suite 3700
    Dallas, Texas  75201

Dated: December 26, 2007

       REED SMITH LLP


By:   */s/ Thad J. Bracegirdle*
    Thad J. Bracegirdle (Del. No. 3691)
    1201 Market Street
    Suite 1500
    Wilmington, Delaware  19801
    (302) 778-7500 (Telephone)
    (302) 778-7575 (Fax)

    E-mail: tbracegirdle@reedsmith.com


Mark W. Wasserman (*admitted pro hac vice*)
Matthew R. Sheldon (*admitted pro hac vice*)
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, Virginia  22042
(703) 641-4200 (Telephone)
(703) 641-4340 (Fax)

E-mail: mwasserman@reedsmith.com
        msheldon@reedsmith.com

Counsel for Plaintiff, American Patent
  Development Corporation, LLC

-2-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**MOVIELINK, LLC,**<br><br>Defendant. | Civil Action No. 07-605-JJF |

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2007, I electronically filed the foregoing ***Notice of Service*** with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Jeffrey L. Moyer, Esq.
>Richards, Layton & Finger, P.A.
>One Rodney Square
>Wilmington, Delaware  19899
>
>Scott W. Breedlove, Esq.
>Vinson & Elkins LLP
>Trammel Crow Center
>2001 Ross Avenue, Suite 3700
>Dallas, Texas  75201

>REED SMITH LLP
>
>By:  */s/ Thad J. Bracegirdle*
>Thad J. Bracegirdle (Del. No. 3691)
>1201 Market Street, Suite 1500
>Wilmington, Delaware  19801
>(302) 778-7500
>E-mail:  tbracegirdle@reedsmith.com