IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,** | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07-605-JJF |
| v. | ) ) | |
| **MOVIELINK, LLC,** | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on January 22, 2008, copies of ***Plaintiff's Objections and Answers to Defendant's First Set of Interrogatories*** and ***Plaintiff's Objections and Responses to Defendant's First Set of Requests for Production of Documents and Things*** were served by Electronic Mail and First Class U.S. Mail upon the following counsel of record:

    Jeffrey L. Moyer, Esq.
    Richards, Layton & Finger, P.A.
    One Rodney Square
    Wilmington, Delaware  19899

    Scott W. Breedlove, Esq.
    Vinson & Elkins LLP
    Trammel Crow Center
    2001 Ross Avenue, Suite 3700
    Dallas, Texas  75201

Dated:  January 24, 2008

        REED SMITH LLP

        By:   */s/ Thad J. Bracegirdle*
           Thad J. Bracegirdle (Del. No. 3691)
           1201 Market Street
           Suite 1500
           Wilmington, Delaware  19801
           (302) 778-7500 (Telephone)
           (302) 778-7575 (Fax)

           E-mail:  tbracegirdle@reedsmith.com

        Mark W. Wasserman (*admitted pro hac vice*)
        Matthew R. Sheldon (*admitted pro hac vice*)
        Reed Smith LLP
        3110 Fairview Park Drive
        Suite 1400
        Falls Church, Virginia  22042
        (703) 641-4200 (Telephone)
        (703) 641-4340 (Fax)

        E-mail:  mwasserman@reedsmith.com
                  msheldon@reedsmith.com

        Counsel for Plaintiff, American Patent
          Development Corporation, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**MOVIELINK, LLC,**<br><br>Defendant. | Civil Action No. 07-605-JJF |

### CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2008, I electronically filed the foregoing *Notice of Service* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

    Jeffrey L. Moyer, Esq.
    Richards, Layton & Finger, P.A.
    One Rodney Square
    Wilmington, Delaware 19899

    Scott W. Breedlove, Esq.
    Vinson & Elkins LLP
    Trammel Crow Center
    2001 Ross Avenue, Suite 3700
    Dallas, Texas 75201

                      REED SMITH LLP

                      By: */s/ Thad J. Bracegirdle*
                         Thad J. Bracegirdle (Del. No. 3691)
                         1201 Market Street, Suite 1500
                         Wilmington, Delaware 19801
                         (302) 778-7500
                         E-mail: tbracegirdle@reedsmith.com