IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN PATENT DEVELOPMENT CORPORATION, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 07-605-JJF |
| MOVIELINK, LLC, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on February 8, 2008 copies of Movielink, L.L.C.'s Supplemental Responses to Plaintiff's First Set of Interrogatories were served upon the following counsel of record at the addresses and in the manner indicated:

**BY HAND DELIVERY**

Thad J. Bracegirdle
Reed Smith LLP
1201 Market Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Mark W. Wasserman
Matthew R. Sheldon
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, VA 22042

OF COUNSEL:

Scott W. Breedlove
Alyson Gregory
David Tobin
Vinson & Elkins LLP
Trammel Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
214-220-7700

Dated: February 8, 2008

_____
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
302-651-7700
*Attorneys for Defendant Movielink, LLC*

RLF1-3238602-2

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND DELIVERY:**

Thad J. Bracegirdle
Reed Smith LLP
1201 Market Street
Wilmington, Delaware 19801

I hereby certify that on February 8, 2008, the foregoing document was sent to the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS:**

Mark W. Wasserman
Matthew R. Sheldon
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, Virginia 22042

_____
Jeffrey L. Moyer (#3309)