IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **MOVIELINK, LLC,** <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 07-605-JJF |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Plaintiff American Patent Development Corporation, LLC, by counsel, hereby moves the Court to compel certain discovery from the defendant, Movielink, LLC.

The specific grounds for this motion are set forth in the accompanying brief in support of this motion.

Dated: March 14, 2008

REED SMITH LLP

By: */s/ Thad J. Bracegirdle*
Thad J. Bracegirdle (Del. No. 3691)
1201 Market Street
Suite 1500
Wilmington, Delaware 19801
(302) 778-7500 (Telephone)
(302) 778-7575 (Fax)
E-mail: tbracegirdle@reedsmith.com

Mark W. Wasserman (*admitted pro hac vice*)
Matthew R. Sheldon (*admitted pro hac vice*)
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, Virginia  22042
(703) 641-4200 (Telephone)
(703) 641-4340 (Fax)

E-mail:  mwasserman@reedsmith.com
         msheldon@reedsmith.com

Counsel for Plaintiff, American Patent
Development Corporation, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**MOVIELINK, LLC,**<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 07-605-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2008, copies of the foregoing *Plaintiff's Motion to Compel Discovery* were served upon the following counsel of record in the manner indicated:

BY HAND DELIVERY AND CM/ECF:

Jeffrey L. Moyer, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, Delaware  19899

BY FIRST CLASS MAIL AND CM/ECF:

Scott W. Breedlove, Esq.
Vinson & Elkins LLP
Trammel Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas  75201

　　　　　　　　　　　　REED SMITH LLP

　　　　　　　　　　　　By:　*/s/ Thad J. Bracegirdle*
　　　　　　　　　　　　　　Thad J. Bracegirdle (Del. No. 3691)
　　　　　　　　　　　　　　1201 Market Street, Suite 1500
　　　　　　　　　　　　　　Wilmington, Delaware  19801
　　　　　　　　　　　　　　(302) 778-7500
　　　　　　　　　　　　　　E-mail:  tbracegirdle@reedsmith.com

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,** | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07-605-JJF |
| v. | ) ) | |
| **MOVIELINK, LLC,** | ) ) | |
| Defendant. | ) ) ) | |

## **STATEMENT UNDER LOCAL RULE 7.1.1**

The undersigned counsel for the moving party hereby states that, pursuant to Local Rule 7.1.1, a reasonable effort has been made to reach agreement with the opposing party on the matters set forth in the accompanying motion to compel discovery. Such effort was made through numerous telephone conferences; plaintiff's correspondence to defendant on January 25, February 4, 15, 25, and 29, and March 10 and 11, 2008; and defendant's correspondence to plaintiff dated February 4 and 12, and March 10 and 11, 2008.

Dated: March 14, 2008

                        REED SMITH LLP

                        By: */s/ Thad J. Bracegirdle*
                        Thad J. Bracegirdle (Del. No. 3691)
                        1201 Market Street
                        Suite 1500
                        Wilmington, Delaware  19801
                        (302) 778-7500 (Telephone)
                        (302) 778-7575 (Fax)
                        E-mail:  tbracegirdle@reedsmith.com

Mark W. Wasserman (*admitted pro hac vice*)
Matthew R. Sheldon (*admitted pro hac vice*)
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, Virginia  22042
(703) 641-4200 (Telephone)
(703) 641-4340 (Fax)

E-mail:  mwasserman@reedsmith.com
         msheldon@reedsmith.com

Counsel for Plaintiff, American Patent
Development Corporation, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**MOVIELINK, LLC,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-605-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2008, copies of the foregoing *Statement Under Local Rule 7.1.1* were served upon the following counsel of record in the manner indicated:

BY HAND DELIVERY AND CM/ECF:

Jeffrey L. Moyer, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, Delaware 19899

BY FIRST CLASS MAIL AND CM/ECF:

Scott W. Breedlove, Esq.
Vinson & Elkins LLP
Trammel Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201

REED SMITH LLP

By:  */s/ Thad J. Bracegirdle*
   Thad J. Bracegirdle (Del. No. 3691)
   1201 Market Street, Suite 1500
   Wilmington, Delaware 19801
   (302) 778-7500
   E-mail: tbracegirdle@reedsmith.com

3