IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,** )<br>)<br>) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-605-JJF |
| v. ) | |
| **MOVIELINK, LLC,** ) | |
| Defendant. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff's Motion to Compel Discovery will be presented to the Court on April 11, 2008 at 10:00 a.m.

Dated: March 14, 2008

REED SMITH LLP

By: */s/ Thad J. Bracegirdle*
    Thad J. Bracegirdle (Del. No. 3691)
    1201 Market Street
    Suite 1500
    Wilmington, Delaware  19801
    (302) 778-7500 (Telephone)
    (302) 778-7575 (Fax)

    E-mail:  tbracegirdle@reedsmith.com

    Mark W. Wasserman (*admitted pro hac vice*)
    Matthew R. Sheldon (*admitted pro hac vice*)
    Reed Smith LLP
    3110 Fairview Park Drive
    Suite 1400
    Falls Church, Virginia  22042
    (703) 641-4200 (Telephone)
    (703) 641-4340 (Fax)

    E-mail:  mwasserman@reedsmith.com
            msheldon@reedsmith.com

    Counsel for Plaintiff, American Patent
      Development Corporation, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**MOVIELINK, LLC,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 07-605-JJF<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2008, copies of the foregoing *Notice of Motion* were served upon the following counsel of record in the manner indicated:

BY HAND DELIVERY AND CM/ECF:

Jeffrey L. Moyer, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, Delaware  19899

BY FIRST CLASS MAIL AND CM/ECF:

Scott W. Breedlove, Esq.
Vinson & Elkins LLP
Trammel Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas  75201

REED SMITH LLP

By: */s/ Thad J. Bracegirdle*
Thad J. Bracegirdle (Del. No. 3691)
1201 Market Street, Suite 1500
Wilmington, Delaware  19801
(302) 778-7500
E-mail: tbracegirdle@reedsmith.com