IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,** )<br>)<br>)<br>) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-605-JJF |
| v. ) | |
| ) | |
| **MOVIELINK, LLC,** ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on March 25, 2008, copies of *Plaintiff's Second Request for Production of Documents, Electronically Stored Information, and Things (Nos. 45-52)* were served in the manner indicated upon the following counsel of record:

BY HAND DELIVERY:

Jeffrey L. Moyer, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, Delaware  19899

BY FIRST CLASS U.S. MAIL:

Scott W. Breedlove, Esq.
Vinson & Elkins LLP
Trammel Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas  75201

-2-

Dated: March 25, 2008

                REED SMITH LLP


By:   */s/ Thad J. Bracegirdle*
    Thad J. Bracegirdle (Del. No. 3691)
    1201 Market Street
    Suite 1500
    Wilmington, Delaware 19801
    (302) 778-7500 (Telephone)
    (302) 778-7575 (Fax)

    E-mail: tbracegirdle@reedsmith.com


Mark W. Wasserman (*admitted pro hac vice*)
Matthew R. Sheldon (*admitted pro hac vice*)
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, Virginia 22042
(703) 641-4200 (Telephone)
(703) 641-4340 (Fax)

E-mail: mwasserman@reedsmith.com
        msheldon@reedsmith.com

Counsel for Plaintiff, American Patent
  Development Corporation, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,** )<br>)<br>)<br>) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-605-JJF |
| v. ) | |
| ) | |
| **MOVIELINK, LLC,** ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2008, I electronically filed the foregoing *Notice of Service* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> Jeffrey L. Moyer, Esq.
> Richards, Layton & Finger, P.A.
> One Rodney Square
> Wilmington, Delaware  19899
>
> Scott W. Breedlove, Esq.
> Vinson & Elkins LLP
> Trammel Crow Center
> 2001 Ross Avenue, Suite 3700
> Dallas, Texas  75201

REED SMITH LLP

By: */s/ Thad J. Bracegirdle*
    Thad J. Bracegirdle (Del. No. 3691)
    1201 Market Street, Suite 1500
    Wilmington, Delaware  19801
    (302) 778-7500
    E-mail:  tbracegirdle@reedsmith.com