IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,** ) ) ) ) Plaintiff, ) ) v. ) ) **MOVIELINK, LLC,** ) ) Defendant. ) ) | Civil Action No. 07-605-JJF |

### PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER REGARDING JOINING NEW PARTIES

Plaintiff American Patent Development Corporation, LLC, by counsel, moves the Court to amend the Rule 16 Scheduling Order in this action.

Specifically, plaintiff requests the Court to amend paragraph 2 of the Scheduling Order to extend the time for filing motions to join new parties from March 31, 2008 to May 30, 2008.

The reason for the requested extension, as set forth more fully in the opening brief filed herewith, is that defendant Movielink, LLC has not produced the documents relating to its recent acquisition by Blockbuster, Inc.

WHEREFORE, plaintiff, by counsel, respectfully requests the Court to modify the Scheduling Order by extending the time to add new parties from March 31, 2008 until May 30, 2008.

Dated: March 31, 2008

        REED SMITH LLP


        By:   */s/ Thad J. Bracegirdle*
           Thad J. Bracegirdle (Del. No. 3691)
           1201 Market Street
           Suite 1500
           Wilmington, Delaware  19801
           (302) 778-7500 (Telephone)
           (302) 778-7575 (Fax)

           E-mail:  tbracegirdle@reedsmith.com

        Mark W. Wasserman (*admitted pro hac vice*)
        Matthew R. Sheldon (*admitted pro hac vice*)
        Reed Smith LLP
        3110 Fairview Park Drive
        Suite 1400
        Falls Church, Virginia  22042
        (703) 641-4200 (Telephone)
        (703) 641-4340 (Fax)

        E-mail:  mwasserman@reedsmith.com
                   msheldon@reedsmith.com

        Counsel for Plaintiff, American Patent
          Development Corporation, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**MOVIELINK, LLC,**<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-605-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I electronically filed the foregoing *Motion to Amend Scheduling Order Regarding Joining New Parties* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

    Jeffrey L. Moyer, Esq.
    Richards, Layton & Finger, P.A.
    One Rodney Square
    Wilmington, Delaware  19899

    Scott W. Breedlove, Esq.
    Vinson & Elkins LLP
    Trammel Crow Center
    2001 Ross Avenue, Suite 3700
    Dallas, Texas  75201

                      REED SMITH LLP

                      By:  */s/ Thad J. Bracegirdle*
                         Thad J. Bracegirdle (Del. No. 3691)
                         1201 Market Street, Suite 1500
                         Wilmington, Delaware  19801
                         (302) 778-7500
                         E-mail:  tbracegirdle@reedsmith.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,** | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07-605-JJF |
| v. | ) ) | |
| **MOVIELINK, LLC,** | ) ) ) | |
| Defendant. | ) ) | |

## STATEMENT UNDER LOCAL RULE 7.1.1

The undersigned counsel for the moving party hereby states that, pursuant to Local Rule 7.1.1, a reasonable effort has been made to reach agreement with the opposing party on the matters set forth in the accompanying motion to amend the Scheduling Order. Counsel for plaintiff attempted to contact defendant's counsel by telephone to discuss the matters set forth in the motion but was unable to do so prior to the expiration of the deadline to join parties set forth currently in the Rule 16 Scheduling Order and which plaintiff seeks to amend.

Dated: March 31, 2008

         REED SMITH LLP

         By: */s/ Thad J. Bracegirdle*
          Thad J. Bracegirdle (Del. No. 3691)
          1201 Market Street
          Suite 1500
          Wilmington, Delaware 19801
          (302) 778-7500 (Telephone)
          (302) 778-7575 (Fax)
          E-mail: tbracegirdle@reedsmith.com

Mark W. Wasserman (*admitted pro hac vice*)
Matthew R. Sheldon (*admitted pro hac vice*)
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, Virginia  22042
(703) 641-4200 (Telephone)
(703) 641-4340 (Fax)

E-mail:  mwasserman@reedsmith.com
         msheldon@reedsmith.com

Counsel for Plaintiff, American Patent
Development Corporation, LLC

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,** | ) ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 07-605-JJF |
| v. | ) ) | |
| **MOVIELINK, LLC,** | ) ) ) | |
| Defendant. | ) ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2008, I electronically filed the foregoing *Statement Under Local Rule 7.1.1* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Jeffrey L. Moyer, Esq.
>Richards, Layton & Finger, P.A.
>One Rodney Square
>Wilmington, Delaware  19899
>
>Scott W. Breedlove, Esq.
>Vinson & Elkins LLP
>Trammel Crow Center
>2001 Ross Avenue, Suite 3700
>Dallas, Texas  75201

>REED SMITH LLP
>
>By:  */s/ Thad J. Bracegirdle*
>    Thad J. Bracegirdle (Del. No. 3691)
>    1201 Market Street, Suite 1500
>    Wilmington, Delaware  19801
>    (302) 778-7500
>    E-mail:  tbracegirdle@reedsmith.com