IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,** )<br>)<br>)<br>)<br>Plaintiff,  )<br>) Civil Action No. 07-605-JJF<br>v.  )<br>)<br>**MOVIELINK, LLC,** )<br>)<br>Defendant. )<br>) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff's Motion to Amend Scheduling Order Regarding Joining New Parties will be presented to the Court on May 9, 2008 at 10:00 a.m.

Dated: March 31, 2008

REED SMITH LLP

By: */s/ Thad J. Bracegirdle*
    Thad J. Bracegirdle (Del. No. 3691)
    1201 Market Street
    Suite 1500
    Wilmington, Delaware 19801
    (302) 778-7500 (Telephone)
    (302) 778-7575 (Fax)

    E-mail: tbracegirdle@reedsmith.com

Mark W. Wasserman (*admitted pro hac vice*)
Matthew R. Sheldon (*admitted pro hac vice*)
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, Virginia 22042
(703) 641-4200 (Telephone)
(703) 641-4340 (Fax)

E-mail: mwasserman@reedsmith.com
        msheldon@reedsmith.com

Counsel for Plaintiff, American Patent
   Development Corporation, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **MOVIELINK, LLC,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-605-JJF <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I electronically filed the foregoing *Notice of Motion* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

    Jeffrey L. Moyer, Esq.
    Richards, Layton & Finger, P.A.
    One Rodney Square
    Wilmington, Delaware 19899

    Scott W. Breedlove, Esq.
    Vinson & Elkins LLP
    Trammel Crow Center
    2001 Ross Avenue, Suite 3700
    Dallas, Texas 75201

                          REED SMITH LLP


                          By: */s/ Thad J. Bracegirdle*
                              Thad J. Bracegirdle (Del. No. 3691)
                              1201 Market Street, Suite 1500
                              Wilmington, Delaware 19801
                              (302) 778-7500
                              E-mail: tbracegirdle@reedsmith.com