IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,**<br><br>        Plaintiff,<br><br>v.<br><br>**MOVIELINK, LLC,**<br><br>        Defendant. | Civil Action No. 07-605-JJF |

## CONSENT ORDER

The parties, plaintiff American Patent Development Corporation, LLC ("APDC") and defendant, Movielink, LLC ("Movielink"), having agreed to the resolution of the Motion to Compel Discovery filed on March 14, 2008; it is therefore ORDERED as follows:

1.  APDC's Motion is granted in part with respect to APDC's document request Nos. 7, 12 and 13. Movielink shall produce non-privileged documents reflecting the structure, architecture, operation, and functionality of its systems for providing a video product to a user site electronically, where the user's access to the video product is denied when the limit for authorized viewing of the video product is reached. To the extent they have not already been produced, such documents able to be located by a reasonable search shall be produced within 10 business days; other such documents shall be produced within 10 business days after completion of Movielink's search of electronic documents using specific terms previously agreed to by the parties, and this search shall be completed within 5 business days.

2.  With respect to APDC's request No. 43, which seeks the production of 37 specific pleadings filed under seal in *USA Video Technology Corp. v. Movielink, LLC*, Civil Action No.

1:03-CV-00368-KAJ which was previously pending in this Court, the Court finds that (i) APDC requested USA Video Technology Corporation to consent to such production through letters dated March 4 and March 10, 2008 (Exhibits J and K to the Motion), but USA Video Technology Corporation did not respond to such letters; (ii) APDC provided USA Video Technology Corporation with a copy of the Motion on March 25, 2008 (Exhibit L to the Motion), but USA Video Technology Corporation did not respond; (iii) Movielink does not oppose such production; therefore, Movielink shall produce the 37 pleadings sought by APDC pursuant to its request No. 43 within 10 days of this Order.

SO ORDERED:

_____April 11, 2008_____    _____/s/ Joseph J. Farnan_____
Date                           JOSEPH J. FARNAN, United States District Judge
                                                JR.