IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN PATENT DEVELOPMENT CORPORATION, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 07-605-JJF |
| MOVIELINK, LLC, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF NON-OPPOSITION**

Defendant, Movielink, LLC, by and through its undersigned counsel, hereby respectfully advises the Court that it does not oppose Plaintiff's Motion To Amend Scheduling Order Regarding Joining New Parties (D.I. 30) filed on March 31, 2008. Had counsel for Plaintiff contacted counsel for Movielink prior to filing the Motion, Movielink would have advised Plaintiff that it does not oppose the relief requested in the Motion.

OF COUNSEL:

Scott W. Breedlove
Alyson Gregory
David Tobin
Vinson & Elkins LLP
Trammel Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX  75201-2975
214-220-7700

_____
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19899
302-651-7700
*Attorneys for Defendant Movielink, LLC*

Dated:  April 17, 2008

RLF1-3273933-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2008 I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND DELIVERY:

Thad J. Bracegirdle
Reed Smith LLP
1201 Market Street
Wilmington, Delaware 19801

I hereby certify that on April 17, 2008, the foregoing document was sent to the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS:

Mark W. Wasserman
Matthew R. Sheldon
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, Virginia 22042

_____
Jeffrey L. Moyer (#3309)