IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>MOVIELINK, LLC,<br><br>        Defendant. | Civil Action No. 07-605-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that on April 23, 2008, copies of *Plaintiff's Second Set of Interrogatories (Nos. 18-19)* and *Plaintiff's Third Request for Production of Documents, Electronically Stored Information, and Things (Nos. 53-55)* were served in the manner indicated upon the following counsel of record:

BY HAND DELIVERY:

Jeffrey L. Moyer, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, Delaware 19899

BY FIRST CLASS U.S. MAIL:

Scott W. Breedlove, Esq.
Vinson & Elkins LLP
Trammel Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201

Dated:  April 23, 2008

                        REED SMITH LLP

                        By: _____
                            Thad J. Bracegirdle (Del. No. 3691)
                            1201 Market Street
                            Suite 1500
                            Wilmington, Delaware 19801
                            (302) 778-7500 (Telephone)
                            (302) 778-7575 (Fax)

                            E-mail:  tbracegirdle@reedsmith.com


                            Mark W. Wasserman (*admitted pro hac vice*)
                            Matthew R. Sheldon (*admitted pro hac vice*)
                            Reed Smith LLP
                            3110 Fairview Park Drive
                            Suite 1400
                            Falls Church, Virginia 22042
                            (703) 641-4200 (Telephone)
                            (703) 641-4340 (Fax)

                            E-mail:  mwasserman@reedsmith.com
                                            msheldon@reedsmith.com

                            Counsel for Plaintiff, American Patent
                              Development Corporation, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN PATENT DEVELOPMENT CORPORATION, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MOVIELINK, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-605-JJF <br> ) <br> ) <br> ) <br> ) <br> ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2008, I electronically filed the foregoing *Notice of Service* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> Jeffrey L. Moyer, Esq.
> Richards, Layton & Finger, P.A.
> One Rodney Square
> Wilmington, Delaware 19899
>
> Scott W. Breedlove, Esq.
> Vinson & Elkins LLP
> Trammel Crow Center
> 2001 Ross Avenue, Suite 3700
> Dallas, Texas 75201

REED SMITH LLP

By: /s/ Thad J. Bracegirdle
Thad J. Bracegirdle (Del. No. 3691)
1201 Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 778-7500
E-mail: tbracegirdle@reedsmith.com