IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN PATENT DEVELOPMENT CORPORATION, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MOVIELINK, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 07-605-JJF ) ) ) ) ) |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on April 24, 2008 copies of Movielink, L.L.C.'s Responses and Objections to Plaintiff's Second Request for Production of Documents, Electronically Stored Information and Things (Nos. 45-52) were served upon the following counsel of record at the addresses and in the manner indicated:

**BY HAND DELIVERY**

Thad J. Bracegirdle
Reed Smith LLP
1201 Market Street
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Mark W. Wasserman
Matthew R. Sheldon
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, Virginia 22042

_____
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
302-651-7700
*Attorneys for Defendant Movielink, LLC*

OF COUNSEL:

Scott W. Breedlove
Alyson Gregory
David Tobin
Vinson & Elkins LLP
Trammel Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
214-220-7700

Dated: April 24, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

### BY HAND DELIVERY:

Thad J. Bracegirdle
Reed Smith LLP
1201 Market Street
Wilmington, Delaware 19801

I hereby certify that on April 24, 2008, the foregoing document was sent to the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS:

Mark W. Wasserman
Matthew R. Sheldon
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, Virginia 22042

_____
Jeffrey L. Moyer (#3309)