# ReedSmith

Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801-1163
+1 302 778 7500
Fax +1 302 778 7575
www.reedsmith.com

Thad J. Bracegirdle
Direct Phone: +1 302 778 7571
Email: TBracegirdle@reedsmith.com

April 25, 2008

**Via CM/ECF**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 27
Wilmington, DE 19801

Re:   *American Patent Development Corporation, LLC v. Movielink, LLC*, C.A. No. 07-605-JJF

Dear Judge Farnan:

On March 31, 2008, plaintiff American Patent Development Corporation, LLC ("APDC") filed a motion to extend to May 30, 2008 the deadline for joining parties as set forth in the Rule 16 Scheduling Order (*see* D.I. 30). On April 17, 2008, defendant Movielink, LLC notified the Court that it does not oppose APDC's motion (*see* D.I. 36). Accordingly, enclosed for Your Honor's consideration is a stipulated form of order amending the Rule 16 Scheduling Order. If the order meets with the Court's approval, APDC respectfully requests that its motion be removed from the calendar for the May 9, 2008 motion day.

Counsel are available at the Court's convenience should Your Honor have any questions concerning this matter.

Respectfully,

Thad J. Bracegirdle
(Del. Bar No. 3691)

Enclosure

cc:   Jeffrey L. Moyer, Esquire (via CM/ECF, w/encl.)
      Scott Breedlove, Esquire (via CM/ECF, w/encl.)
      Mark W. Wasserman, Esquire (via CM/ECF, w/encl.)

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

WILLIB-58670.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**MOVIELINK, LLC,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-605-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

WHEREAS, Plaintiff American Patent Development Corporation, LLC having moved to amend the Rule 16 Scheduling Order in this action; and

WHEREAS, Defendant Movielink, LLC does not oppose Plaintiff's Motion;

IT IS HEREBY ORDERED, this _____ day of _____, 2008, that paragraph 2 of the Rule 16 Scheduling Order in this action (D.I. 16) is amended so that all motions to join other parties shall be filed on or before May 30, 2008. All other provisions of the Rule 16 Scheduling Order remain unchanged.

<br>

_____
Joseph J. Farnan, Jr., U.S.D.J.