IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>MOVIELINK, LLC,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-605-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

WHEREAS, Plaintiff American Patent Development Corporation, LLC having moved to amend the Rule 16 Scheduling Order in this action; and

WHEREAS, Defendant Movielink, LLC does not oppose Plaintiff's Motion;

IT IS HEREBY ORDERED, this __28__ day of __April__, 2008, that paragraph 2 of the Rule 16 Scheduling Order in this action (D.I. 16) is amended so that all motions to join other parties shall be filed on or before May 30, 2008. All other provisions of the Rule 16 Scheduling Order remain unchanged.

_____
Joseph J. Farnan, Jr., U.S.D.J.

WILLIB 58645.1