IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**MOVIELINK, LLC,**<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-605-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

The undersigned hereby certifies that on May 2, 2008, copies of *Plaintiff's Objections and Supplemental Answer to Defendant's Interrogatory No. 7* were served via E-Mail and First Class U.S. Mail upon the following counsel of record:

Jeffrey L. Moyer, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, Delaware 19899

Scott W. Breedlove, Esq.
Vinson & Elkins LLP
Trammel Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201

Dated: May 2, 2008

                                        REED SMITH LLP

                                        By:   /s/ Thad J. Bracegirdle
                                        Thad J. Bracegirdle (Del. No. 3691)
                                        1201 Market Street, Suite 1500
                                        Wilmington, Delaware 19801
                                        (302) 778-7500 (Telephone)
                                        (302) 778-7575 (Fax)
                                        E-mail: tbracegirdle@reedsmith.com

-2-

- and -

Mark W. Wasserman (*admitted pro hac vice*)
Matthew R. Sheldon (*admitted pro hac vice*)
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, Virginia 22042
(703) 641-4200 (Telephone)
(703) 641-4340 (Fax)

E-mail: mwasserman@reedsmith.com
         msheldon@reedsmith.com

Counsel for Plaintiff,
American Patent Development Corporation, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOVIELINK, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-605-JJF<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2008, I electronically filed the foregoing *Notice of Service* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

    Jeffrey L. Moyer, Esq.
    Richards, Layton & Finger, P.A.
    One Rodney Square
    Wilmington, Delaware 19899

    Scott W. Breedlove, Esq.
    Vinson & Elkins LLP
    Trammel Crow Center
    2001 Ross Avenue, Suite 3700
    Dallas, Texas 75201

    REED SMITH LLP

    By:   */s/ Thad J. Bracegirdle*
        Thad J. Bracegirdle (Del. No. 3691)
        1201 Market Street, Suite 1500
        Wilmington, Delaware 19801
        (302) 778-7500
        E-mail: tbracegirdle@reedsmith.com