IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN PATENT DEVELOPMENT CORPORATION, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 07-605-JJF |
| MOVIELINK, LLC, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on May 22, 2008 copies of Movielink, LLC's Responses and Objections to Plaintiff's Third Request for Production of Documents, Electronically Stored Information, and Things (Nos. 53-55) and (ii) Movielink, LLC's Responses and Objections to Plaintiff's Second Set of Interrogatories were served upon the following counsel of record at the addresses and in the manner indicated:

**BY HAND DELIVERY:**

Thad J. Bracegirdle
Reed Smith LLP
1201 Market Street
Wilmington, Delaware 19801

**BY FEDERAL EXPRESS:**

Mark W. Wasserman
Matthew R. Sheldon
Reed Smith LLP
3110 Fairview Park Drive - Suite 1400
Falls Church, Virginia 22042

_____
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
302-651-7700
*Attorneys for Defendant Movielink, LLC*

OF COUNSEL:
Scott W. Breedlove
Andrew E. Jackson
Vinson & Elkins LLP
Trammel Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
214-220-7700

Dated: May 22, 2008

RLF1-3238602-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND DELIVERY:**

Thad J. Bracegirdle
Reed Smith LLP
1201 Market Street
Wilmington, Delaware 19801

I hereby certify that on May 22, 2008, the foregoing document was sent to the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS:**

Mark W. Wasserman
Matthew R. Sheldon
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, Virginia 22042

_____
Jeffrey L. Moyer (#3309)