IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>MOVIELINK, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 07-605-JJF<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on May 23, 2008 copies of Movielink, L.L.C.'s Responses and Objections to Plaintiff's First Set of Interrogatories were served upon the following counsel of record at the address and in the manner indicated:

**BY E-MAIL and U.S. MAIL**

Thad J. Bracegirdle
Reed Smith LLP
1201 Market Street
Wilmington, DE 19801

OF COUNSEL:

Scott W. Breedlove
David Tobin
Andrew Jackson
Vinson & Elkins LLP
Trammel Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
214-220-7700

/s/ Jeffrey L. Moyer
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
302-651-7700
*Attorneys for Defendant Movielink, LLC*

Dated: June 2, 2008

RLF1-3238602-2

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

BY HAND DELIVERY:

Thad J. Bracegirdle
Reed Smith LLP
1201 Market Street
Wilmington, Delaware 19801

I hereby certify that on June 2, 2008, the foregoing document was sent to the following non-registered participants in the manner indicated:

BY FEDERAL EXPRESS:

Mark W. Wasserman
Matthew R. Sheldon
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, Virginia 22042

Jeffrey L. Moyer (#3309)

RLF1-3238599-1