IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,<br><br>           Plaintiff,<br><br>v.<br><br>MOVIELINK, LLC,<br><br>           Defendant. | Civil Action No. 07-605-JJF |

## NOTICE OF SERVICE

The undersigned hereby certifies that on May 30, 2008, true and correct copies of *Plaintiff's Objections and Responses to Defendant's Second Set of Interrogatories (Nos. 15-20)* were served via e-mail in .pdf and First Class United States Mail upon the following counsel of record:

    Jeffrey L. Moyer, Esq.
    Richards, Layton & Finger, P.A.
    One Rodney Square
    Wilmington, Delaware  19899
    E-mail:  moyer@rlf.com

    Scott W. Breedlove, Esq.
    Vinson & Elkins LLP
    Trammel Crow Center
    2001 Ross Avenue, Suite 3700
    Dallas, Texas  75201
    E-mail:  sbreedlove@velaw.com

Dated: June 2, 2008

                    REED SMITH LLP

By: /s/ *Thad J. Bracegirdle*
    Thad J. Bracegirdle (Del. No. 3691)
    1201 Market Street, Suite 1500
    Wilmington, Delaware 19801
    (302) 778-7500 (Telephone)
    (302) 778-7575 (Fax)
    E-mail: tbracegirdle@reedsmith.com

    and

    Mark W. Wasserman (*admitted pro hac vice*)
    Matthew R. Sheldon (*admitted pro hac vice*)
    Reed Smith LLP
    3110 Fairview Park Drive
    Suite 1400
    Falls Church, Virginia 22042
    (703) 641-4200 (Telephone)
    (703) 641-4340 (Fax)
    E-mail: mwasserman@reedsmith.com
             msheldon@reedsmith.com

    Counsel for Plaintiff, American Patent
      Development Corporation, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**MOVIELINK, LLC,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-605-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2008, I electronically filed the foregoing *Notice of Service* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> Jeffrey L. Moyer, Esq.
> Richards, Layton & Finger, P.A.
> One Rodney Square
> Wilmington, Delaware 19899
>
> Scott W. Breedlove, Esq.
> Vinson & Elkins LLP
> Trammel Crow Center
> 2001 Ross Avenue, Suite 3700
> Dallas, Texas 75201

REED SMITH LLP

By: */s/ Thad J. Bracegirdle*
Thad J. Bracegirdle (Del. No. 3691)
1201 Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 778-7500
E-mail: tbracegirdle@reedsmith.com