IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC**, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 07-605-JJF |
| **MOVIELINK, LLC,** | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITIONS

PLEASE TAKE NOTICE that plaintiff American Patent Development Corporation, LLC, by counsel, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, will take the deposition of defendant Movielink, LLC at the law offices of Reed Smith LLP, 3110 Fairview Park Drive, Suite 1400, Falls Church, Virginia 22042, as follows:

| Deponent's Name | Date of Deposition | Time |
|---|---|---|
| Bruce Anderson | June 25, 2008 | 10:00 a.m. |
| Ali Ozgun | June 26, 2008 | 10:00 a.m. |
| Movielink, LLC (by its designee) | June 27, 2008 | 10:00 a.m. |

The party who has been noticed to appear by its designee shall, pursuant to Rule 30(b)(6), designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf, regarding the matters set forth on Schedule A attached hereto.

TAKE FURTHER NOTICE that pursuant to Rule 30(b)(2) of the Federal Rules of Civil Procedure, the defendant shall produce at the deposition all documents previously requested but not produced in this action.

- 2 -

AMERICAN PATENT DEVELOPMENT
CORPORATION, LLC
By Counsel


REED SMITH LLP



By:   */s/ Thad J. Bracegirdle*
    Thad J. Bracegirdle (Del. No. 3691)
    1201 Market Street
    Suite 1500
    Wilmington, Delaware  19801
    (302) 778-7500 (Telephone)
    (302) 778-7575 (Fax)
    E-mail:   tbracegirdle@reedsmith.com


Mark W. Wasserman (*admitted pro hac vice*)
Matthew R. Sheldon (*admitted pro hac vice*)
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, Virginia  22042
(703) 641-4200 (Telephone)
(703) 641-4340 (Fax)
E-mail:   mwasserman@reedsmith.com
         msheldon@reedsmith.com

Counsel for Plaintiff, American Patent Development
   Corporation, LLC

## SCHEDULE A

## DEFINITIONS

A. "System" or "Systems" have the same meaning as set forth in Plaintiff's First Set of Interrogatories.

B. "License" and "license string" refer to the items so named in ML03479 and ML03482 previously produced therein.

## MATTERS FOR EXAMINATION

1. The architecture, structure, functionality, operation and design of Movielink's Systems including, without limitation, (i) how the video product is delivered to Movielink; (ii) how Movielink transmits the video product to the end user; (iii) the creation, content, transmission and storage of any license or license string; (iv) the operation of the Movielink Manager software and Movielink website; and (v) the determination of the authority to play and the playback of the transmitted video product.

2. Any documents produced by Movielink relating to the matters described in paragraph 1 above.

3. The revenue Movielink has received in connection with its Systems from January 1, 2001 to the present from rental of video content (Movielink's Video-on-Demand, or VOD, service), and the gross and net profit associated therewith.

4. Movielink's future revenue projections in connection with its Systems for rental video content (Movielink's Video-on-Demand, or VOD, service), and the gross and net profit associated therewith.

5. The extent and nature of any communications between APDC and Movielink prior to this action.

- 4 -

6. Any actions Movielink took between September 12, 2002 and the filing of this action to determine whether it was infringing the '402 patent.

7. Movielink's responses to APDC's interrogatories in this action.

8. The nature, location, and extent of all documents and information reflecting, referring, or relating to the above matters, and the genuineness of such documents and/or information.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,** | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07-605-JJF |
| v. | ) ) | |
| **MOVIELINK, LLC,** | ) ) | |
| Defendant. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2008, I electronically filed the foregoing *Notice of Depositions* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> Jeffrey L. Moyer, Esq.
> Richards, Layton & Finger, P.A.
> One Rodney Square
> Wilmington, Delaware  19899
>
> Scott W. Breedlove, Esq.
> Vinson & Elkins LLP
> Trammel Crow Center
> 2001 Ross Avenue, Suite 3700
> Dallas, Texas  75201

        REED SMITH LLP

        By:   */s/ Thad J. Bracegirdle*
        Thad J. Bracegirdle (Del. No. 3691)
        1201 Market Street, Suite 1500
        Wilmington, Delaware  19801
        (302) 778-7500
        E-mail:  tbracegirdle@reedsmith.com