IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,** )<br>)<br>) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-605-JJF |
| v. ) | |
| ) | |
| **MOVIELINK, LLC,** ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF TED SABETY

Pursuant to Local Rule 83.5 and the attached Certification, counsel hereby moves the admission *pro hac vice* of Ted Sabety, Esquire to represent Plaintiff American Patent Development Corporation LLC in the above-captioned matter.

Dated: July 22, 2008

                                          REED SMITH LLP

                                          By: /s/ Thad J. Bracegirdle
                                          Thad J. Bracegirdle (Del. No. 3691)
                                          1201 Market Street
                                          Suite 1500
                                          Wilmington, Delaware 19801
                                          (302) 778-7500 (Telephone)
                                          (302) 778-7575 (Fax)

                                          Mark W. Wasserman (admitted *pro hac vice*)
                                          Matthew R. Sheldon (admitted *pro hac vice*)
                                          REED SMITH LLP
                                          3110 Fairview Park Drive, Suite 1400
                                          Falls Church, Virginia 22042
                                          (703) 641-4200 (Telephone)
                                          (703) 641-4340 (Fax)

                                          Counsel for Plaintiff American Patent
                                          Development Corporation, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,**<br><br>        Plaintiff,<br><br>v.<br><br>**MOVIELINK, LLC,**<br><br>        Defendant. | Civil Action No. 07-605-JJF |

**CERTIFICATION FOR ADMISSION *PRO HAC VICE*
OF TED SABETY**

Pursuant to Local Rule 83.5 of the District of Delaware, I hereby certify that I am eligible for admission *pro hac vice* to this Court, am admitted to practice in good standing before the state bar of the State of New York. In addition, pursuant to Local Rule 83.6, I hereby submit myself to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I have acquired a copy of the Local Rules of this Court (amended effective June 30, 2007) and am generally familiar with those Rules. I further certify that:

    (1)    I do not reside in Delaware;

    (2)    I am not regularly employed in Delaware; and

    (3)    I am not regularly engaged in business, professional, or other similar activities in Delaware.

In accordance with the Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been submitted to the Clerk's Office with the filing of this motion.

Dated: July 16, 2008

Respectfully submitted,

By: _____
Ted Sabety, Esq.
Sabety & Associates, PLLC
1130 Bedford Road
Pleasantville, New York 10570
Telephone: (212) 481-8686
Fax: (646) 349-2782
E-mail: ted@sabety.net

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**MOVIELINK, LLC,**<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-605-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Ted Sabety, Esquire is GRANTED.

BY THE COURT:

Date: _____, 2008        _____
                                    United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AMERICAN PATENT DEVELOPMENT CORPORATION, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**MOVIELINK, LLC,**<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-605-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2008, I electronically filed the foregoing *Motion for Admission Pro Hac Vice of Ted Sabety* with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

    Jeffrey L. Moyer, Esq.
    Richards, Layton & Finger, P.A.
    One Rodney Square
    Wilmington, Delaware 19899

    Scott W. Breedlove, Esq.
    Vinson & Elkins LLP
    Trammel Crow Center
    2001 Ross Avenue, Suite 3700
    Dallas, Texas 75201

                        REED SMITH LLP

                        By: /s/ Thad J. Bracegirdle
                        Thad J. Bracegirdle (Del. No. 3691)
                        1201 Market Street, Suite 1500
                        Wilmington, Delaware 19801
                        (302) 778-7500
                        E-mail: tbracegirdle@reedsmith.com