IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN PATENT DEVELOPMENT CORPORATION LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 07-605 JJF |
| MOVIELINK LLC, | § § § | |
| Defendant. | § | |

TO:    Thad J. Bracegirdle                  Mark W. Wasserman
        Reed Smith LLP                     Matthew R. Sheldon
        1201 Market Street              Reed Smith LLP
        Wilmington, Delaware  19801     3110 Fairview Park Drive - Suite 1400
                                          Falls Church, Virginia  22042

## NOTICE OF DEPOSITION OF PATRICK GLYNN

PLEASE TAKE NOTICE that Defendant Movielink LLC will take the oral deposition of Patrick Glynn on Friday, August 15, 2008, at 9:00 a.m. at the law offices of Reed Smith LLP, 1301 K Street, N.W., Suite 1100 – East Tower, Washington, D.C. 20005 and will continue day-to-day until completed. The deposition shall be taken, under oath, by a certified court reporter authorized to conduct such a deposition. The deposition testimony will be recorded videographically and stenographically.

OF COUNSEL:

Scott W. Breedlove
David Tobin
Andrew Jackson
Vinson & Elkins LLP
Trammel Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX  75201-2975
214-220-7700

Dated: August 4, 2008

Jeffrey L. Moyer (#3309)
moyer@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
302-651-7700
*Attorneys for Defendant Movielink, LLC*

## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2008, I electronically filed the foregoing with the Clerk

of Court using CM/ECF which will send notification of such filing(s) to the following and which

has also been served as noted:

### BY HAND DELIVERY:

Thad J. Bracegirdle
Reed Smith LLP
1201 Market Street
Wilmington, Delaware  19801

I hereby certify that on August 4, 2008, the foregoing document was sent to the following

non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS:

Mark W. Wasserman
Matthew R. Sheldon
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, Virginia  22042


Jeffrey L. Moyer (#3309)

RLF1-3238599-1