IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN PATENT DEVELOPMENT CORPORATION LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 07-605 JJF |
| MOVIELINK LLC, | § § § | |
| Defendant. | § | |

## NOTICE OF DEPOSITION OF AARON LAMMER

TO:  Thad J. Bracegirdle                    Mark W. Wasserman
     Reed Smith LLP                         Matthew R. Sheldon
     1201 Market Street                     Reed Smith LLP
     Wilmington, Delaware  19801            3110 Fairview Park Drive, Suite 1400
                                            Falls Church, Virginia  22042

PLEASE TAKE NOTICE that Defendant Movielink LLC will take the oral deposition of Aaron Lammer on Wednesday, August 13, 2008, at 1:00 p.m. at the law offices of Reed Smith LLP, 599 Lexington Avenue, 22nd Floor, New York, NY 10022 and will continue day-to-day until completed. The deposition shall be taken, under oath, by a certified court reporter authorized to conduct such a deposition. The deposition testimony will be recorded videographically and stenographically.

OF COUNSEL:                                 Jeffrey L. Moyer (#3309)
Scott W. Breedlove                          moyer@rlf.com
David Tobin                                 Richards, Layton & Finger, P.A.
Andrew Jackson                              One Rodney Square
Vinson & Elkins LLP                         920 N. King Street
Trammel Crow Center                         Wilmington, DE  19801
2001 Ross Avenue, Suite 3700                302-651-7700
Dallas, TX  75201-2975                      *Attorneys for Defendant Movielink, LLC*
214-220-7700

Dated:  August 4, 2008

RLF1-3308650-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**BY HAND DELIVERY:**

Thad J. Bracegirdle
Reed Smith LLP
1201 Market Street
Wilmington, Delaware 19801

I hereby certify that on August 4, 2008, the foregoing document was sent to the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS:**

Mark W. Wasserman
Matthew R. Sheldon
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, Virginia 22042

_____
Jeffrey L. Moyer (#3309)