IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERICAN PATENT DEVELOPMENT CORPORATION LLC, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 07-605 JJF |
| MOVIELINK LLC, | § § § | |
| Defendant. | § | |

TO:  Thad J. Bracegirdle        Mark W. Wasserman
     Reed Smith LLP             Matthew R. Sheldon
     1201 Market Street         Reed Smith LLP
     Wilmington, Delaware 19801 3110 Fairview Park Drive, Suite 1400
                                Falls Church, Virginia 22042

## NOTICE OF DEPOSITION OF NORTON GARFINKLE

PLEASE TAKE NOTICE that Defendant Movielink LLC will take the oral deposition of Norton Garfinkle on Thursday, August 14, 2008, at 9:00 a.m. at the law offices of Reed Smith LLP, 599 Lexington Avenue, 22nd Floor, New York, NY 10022 and will continue day-to-day until completed. The deposition shall be taken, under oath, by a certified court reporter authorized to conduct such a deposition. The deposition testimony will be recorded videographically and stenographically.

OF COUNSEL:
Scott W. Breedlove
David Tobin
Andrew Jackson
Vinson & Elkins LLP
Trammel Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
214-220-7700

_____
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
302-651-7700
*Attorneys for Defendant Movielink, LLC*

Dated: August 4, 2008

RLF1-3308645-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

BY HAND DELIVERY:

Thad J. Bracegirdle
Reed Smith LLP
1201 Market Street
Wilmington, Delaware 19801

I hereby certify that on August 4, 2008, the foregoing document was sent to the following non-registered participants in the manner indicated:

BY FEDERAL EXPRESS:

Mark W. Wasserman
Matthew R. Sheldon
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, Virginia 22042

_____
Jeffrey L. Moyer (#3309)