IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERICAN PATENT DEVELOPMENT, CORPORATION, LLC, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-605-JJF |
| MOVIELINK, LLC, | : |
| Defendant. | : |

## O R D E R

At Wilmington, this 1 day of July 2009, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that

1. The term "data establishing a limit" means "data that includes parameters setting forth actual limits for viewing of the video product."

2. Defendant Movielink LLC's Motion For Partial Summary Judgment Of Non-Infringement (D.I. 128) is **GRANTED**.

3. Plaintiff APDC's Motion For Partial Summary Judgment On Infringement (D.I. 124) is **DENIED**.

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE